```
                                                    FILED
                                                    April 26, 2013
                                                    CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
                                                    CALIFORNIA

                                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:13-mj-00125-EFB |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| RAFAEL MADRIZ, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Rafael Madriz</u>; Case <u>2:13-mj-00125-EFB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_    Release on Personal Recognizance

\_    Bail Posted in the Sum of _____

<u>X</u>    Unsecured Appearance Bond in the amount of <u>$100,000 total,</u>

($50,000 as to each surety), co-signed by brother and girl friend.

\_    Appearance Bond with 10% Deposit

\_    Appearance Bond secured by Real Property

\_    Corporate Surety Bail Bond

<u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u> To be released the morning of 4/29/2013, from the US Marshals at 8:00 am. and to Pretrial Services ~~immediately upon release.~~

Issued at <u>Sacramento, CA</u> on 4/26/13 at 2:37 pm

By _____
Carolyn K. Delaney
United States Magistrate Judge